UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br>Woolfrano SALINAS-SANCHEZ<br>DEFENDANT(S). | CASE NUMBER<br>CR 09-01210-4<br><br>ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT |
|---|---|

Upon motion of _____deft_____, IT IS ORDERED that a detention hearing is set for __Tuesday__, __12-15-09__, at __1:30__ ☐ a.m. / ☒ p.m. before the Honorable RALPH ZAREFSKY, U.S. MAGISTRATE JUDGE, in Courtroom __540- Roybal__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
(Other custodial officer)

Dated: __12/9/09__        __/s/ Ralph Zarefsky__
                          U.S. District Judge/Magistrate Judge